UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACKIE DALE McCONELL,

    Petitioner,

v.

RANDALL HAAS,

    Respondent.

                              /

Case No. 1:17-CV-592

HON. GORDON J. QUIST

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Phillip J. Green's April 23, 2019, Report and Recommendation recommending that Petitioner's petition for writ of habeas corpus be denied and that the Court deny Petitioner a certificate of appealability. The Report and Recommendation was duly served on Petitioner on April 24, 2019. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the April 23, 2019, Report and Recommendation (ECF No. 10) is approved and adopted as the Opinion of the Court, and Petitioner's habeas petition (ECF No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

A separate judgment will enter.

This case is **concluded**.

Dated: May 16, 2019                                                     /s/ Gordon J. Quist
                                                                                        GORDON J. QUIST
                                                                      UNITED STATES DISTRICT JUDGE